```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
                                          :
CROWNLAND INTERNATIONAL CO. LTD,          :
                                          :
                    Plaintiff,            :      09 Civ. 634 (TPG)
                                          :
           - against -                    :      ORDER
                                          :
                                          :
AWA (GENEVA) SA,                          :
                                          :
                    Defendant.            :
                                          :
------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/09

On February 5, 2009, defendant's filed a motion to compel plaintiff to post counter-security. The court sees no purpose in ordering counter-security. Such remedies can be sought in the action that has already been commenced by AWB against Crownland International at 09 Civ. 816. Defendant's motion is therefore denied.

Dated: New York, New York
       March 4, 2009

SO ORDERED

_____
Thomas P. Griesa
U.S.D.J.